◼ In the Matter of JOSEPH PALAZZO, Petitioner, v JAMES E. KIRBY, as Commissioner of the Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the Department of Social Services, County of Suffolk, dated April 8, 1983, which, after a hearing, found petitioner guilty of

misconduct and dismissed him from his employment. ¶ Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. ¶ The finding that petitioner was guilty of misconduct is amply supported by substantial evidence, and the penalty imposed is not so disproportionate to the offense as to warrant modification (*Matter of Pell v Board of Educ.,* 34 NY2d 222). Lazer, J. P., Mangano, O'Connor and Brown, JJ., concur.